IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**NEIL J. PROCTOR**,<br><br>Defendant | NO. 5: 07-MJ-09-06 (CWH)<br><br>**VIOLATIONS: DISORDERLY CONDUCT; TRESPASSING** |

## ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** filed herein by counsel for the United States (Tab #8) and for cause shown, said motion is GRANTED. This proceeding against defendant NEIL J. PROCTOR is DISMISSED *without prejudice.*

SO ORDERED AND DIRECTED, this 4th day of DECEMBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE